**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| God Loren Lyle Zemple, | Civil No. 12-CV-2004 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| United States Federal Government, President William Clinton, President George Bush Senior, President George Bush Junior, President Barak Obama, State of Minnesota Government, Hennepin County, Nicollet County, Rush County, Attorney Malin Greenberg, Attorney Francis Rondoni, All of Honeywell, Incorporated's Assets and Possessions, All of American Family Insurance's Assets and Possessions, All of Super America's Assets and Possessions, All of Cub Foods' Assets and Possessions, All of Rainbow Foods' Assets And Possessions, and All of Lunds/Byerly's Foods Assets and Possessions, | |
| Defendants. | |

---

God Loren Lyle Zemple, 2230 Douglas Drive North, Golden Valley, MN 55422.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 31, 2012 (Docket No.3), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

   and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(I).

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: September 19, 2012                             s/Susan Richard Nelson
                                                     SUSAN RICHARD NELSON
                                                     United States District Judge